```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender

DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
JAMES C. HECKARD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. HECKARD,            ) | |
|                              ) | No. CIV S-03-0023 DFL PAN P |
|           Petitioner,        ) | |
|                              ) | |
|      v.                      ) | |
|                              ) | ORDER |
| TOM L. CAREY, et al.         ) | |
|                              ) | |
|           Respondents.       ) | |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Alister McAlister, Attorney at Law, 13055 Orange Road, Wilton, California 95693, telephone (916) 687-7280, shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: July 27, 2006.

/s/ [signature]
UNITED STATES MAGISTRATE JUDGE

14heck0023.sub