IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES C. HECKARD,

    Petitioner,               No. CIV S-03-0023 DFL PAN P

    vs.

TOM L CAREY, Warden,        <u>ORDER</u>

    Respondents.

_____/

    Petitioner is a state prisoner proceeding through counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to court order, this matter came on for status conference on August 3, 2006. Alister McAlister appeared as counsel for petitioner. Craig S. Meyers, Deputy Attorney General, appeared as counsel for respondent. After hearing, THE COURT MADE THE FOLLOWING ORDER AND ANNOUNCED IT TO THE PARTIES IN OPEN COURT: This matter is set for further status conference on October 26, 2006, at 11:00 a.m. in Courtroom # 25.

DATED: August 4, 2006.

                                              UNITED STATES MAGISTRATE JUDGE

14heck0023.oah