IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES C. HECKARD,

    Petitioner,                    No. CIV S-03-0023 DFL PAN P

    vs.

TOM L CAREY, Warden,          ORDER

    Respondents.

        Petitioner is a state prisoner proceeding through counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This matter came on for hearing on petitioner's motion for discovery by oral depositions on September 14, 2006.  Alister McAlister appeared as counsel for petitioner.  Craig S. Meyers, Deputy Attorney General, appeared as counsel for respondent.  The court heard argument from both parties and, good cause appearing, petitioner's motion for discovery will be denied without prejudice and an evidentiary hearing will be scheduled.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's August 23, 2006 motion for discovery is denied without prejudice.

/////

2.  An evidentiary hearing is scheduled for January 22, 2007, at 10:00 a.m. in Courtroom 26.

DATED:  September 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14heck0023.oah