**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814
*(916) 498-5700  Fax: (916) 498-5710*

Daniel J. Broderick
*Federal Defender*

Linda Harter
*Chief Assistant Defender*

May 22, 2008

**FILED**

MAY 2 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK



Mr. Alister McAlister
Attorney at Law
13055 Orange Road
Wilton, CA 95693-9664

    Re:   <u>**Heckard v. Carey**</u>
             Civ.S-03-023-JKS/EFB

Dear Mr. McAlister:

    This will confirm your appointment as counsel by the Honorable John F. Moulds, U.S. Magistrate Judge, to represent the above-named appellant. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

    Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms.

    If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

                            Very truly yours,

                            CYNTHIA L. COMPTON
                            Operations Administrator

:clc
Enclosures

cc:   Clerk's Office
       Ninth Circuit Court of Appeals

**CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (5-99)**

| 1. CIR./DIST./ DIV. CODE<br>09C | 2. PERSON REPRESENTED<br>Heckard, James C. | | | VOUCHER NUMBER | |
|---|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>CIV S-03-023-JKS/EFB | | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>Heckard v. Carey | 8. PAYMENT CATEGORY<br>☐ Felony  ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>☒ Appeal | | 9. TYPE PERSON REPRESENTED<br>☐ Adult Defendant  ☒ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other: | | 10. REPRESENTATION TYPE<br>(See Instructions)<br>CA |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
Appeal from the denial of a habeas corpus

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Alister McAlister
Attorney at Law
13055 Orange Road
Wilton, CA 95693-9664
Telephone Number: (916) 687-7280

14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

13. COURT ORDER
☐ O Appointing Counsel  ☐ C Co-Counsel
☒ F Subs For Federal Defender  ☐ R Subs For Retained Atty.
☐ P Subs For Panel Attorney  ☐ Y Standby Counsel
Prior Attorney's Name: _____
Appointment Date: _____
☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
1/1/08
Date of Order           Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment.  ☐ YES  ☐ NO

**CLAIM FOR SERVICES AND EXPENSES** | **FOR COURT USE ONLY**

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $ ) TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $ ) TOTALS: | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM: _____  TO: _____

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION
21. CASE DISPOSITION

22. CLAIM STATUS  ☐ Final Payment  ☐ Interim Payment Number _____  ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?  ☐ YES  ☐ NO  If yes, were you paid?  ☐ YES  ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?  ☐ YES  ☐ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____  Date _____

**APPROVED FOR PAYMENT - COURT USE ONLY**

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOT. AMT. APPR./CERT. |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE/MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |

ALISTER McALISTER
Attorney at Law (28379)
13055 Orange Road
Wilton, CA 95693-9664
(916) 687-7280 [FAX: 687-6525]
E-Mail: Puritan@citlink.net
Attorney for Petitioner James C. Heckard

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. HECKARD, <br> Petitioner, <br> v. <br> TOM L. CAREY, et al., <br> Respondents. | No. 2:03-CIV-00023-JKS EFB P <br> Eastern California <br> (Sacramento) <br><br> NOTICE OF APPEAL <br><br> James K. Singleton, Jr. <br> (District Court Judge) |

Notice is hereby given that Petitioner James C. Heckard appeals to the United States Court of Appeals for the Ninth Circuit from the Order entered in this action on January 9, 2008 (1) adopting in full the Findings and Recommendations filed February 23, 2007; (2) denying Petitioner's application for a writ of habeas corpus; (3) ordering the clerk of the district court to enter final judgment accordingly; and (4) declining to issue a Certificate of Appealability.

Petitioner's current address, to which I mailed to him on January 11, 2008 a true copy of this Notice of Appeal, is

    James C. Heckard
    H-47815
    California State Prison
    C-5-118
    P.O. Box 290066
    Represa, CA 95671-0066

[Summary of pleading] - 1

DATED: January 11, 2008

/s/Alister McAlister
ALISTER McALISTER
Counsel for Petitioner

[Summary of pleading] - 2